[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1249]

ALIHASSAN *v*. ALLIANCE BOARD OF ZONING APPEALS ET AL., APPELLEES.

[Cite as *Alihassan v. Alliance Bd. of Zoning Appeals*, 2002-Ohio-1364.]

*Appeal dismissed as improvidently allowed.*

(No. 01-238—Submitted February 5, 2002—Decided March 27, 2002.)

APPEAL from the Court of Appeals for Stark County, No. 1999CA00402.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

————————————

**COOK, J., dissenting.**

{¶ 2} Because I would reverse the judgment of the court of appeals and remand the cause for dismissal, I respectfully dissent.

————————————

*Kahn, Kleinman, Yanowitz & Arnson Co., L.P.A., Sheldon Berns* and *Benjamin J. Ockner*, for appellant.

*Andrew L. Zumbar*, Alliance Law Director, for appellees Alliance Board of Zoning Appeals, Warren Price, Alliance City Planning Commission, Bob Sanderson, and Ronald L. Russell.

*Dennis R. Clunk*, for appellee Mount Union College.

————————————